UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KOREY A. ALWOOD, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>RICHARD WALKER, )<br>)<br>Defendant. ) | 1:05-cv-1039-RLY-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**


Date: _____

Laura Briggs, Clerk
United States District Court

*(signature)*
_____
Deputy Clerk, U.S. District Court


Copies to:

Korey Alwood
DOC #943771
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111