UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KOREY A. ALWOOD,<br><br>           Plaintiff,<br><br>vs.<br><br>RICHARD WALKER,<br><br>           Defendant. | 1:05-cv-1039-RLY-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 07/20/2005

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Copies to:

Korey Alwood
DOC #943771
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111